**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **CLAUDIA SANTIAGO** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | |
| ) | 1:11-CV-10714-JLT |
| **FH CANN ASSOCIATES, INC.** ) | |
| Defendant, ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Parties hereby stipulate to a voluntary dismissal this action with prejudice and each party to bear their own costs and attorney fees.

Dated: October 12 , 2011

RESPECTFULLY SUBMITTED:

/s/ Derek H. DePetrillo, Esq.
Derek H. DePetrillo
Consumer Rights Law Firm
2 Dundee Park, Suite 201
Andover, Massachusetts, 01810
Phone: (978) 212-3300
Fax: (888) 712-4458
Email:
attorneyderekd@consumerlawfirmcenter.com
Attorney for Plaintiff


   /s/ Adam C. LaFrance
Evan T. Lawson (BBO# 289280)
Adam C. LaFrance (BBO# 677008)
Lawson & Weitzen, LLP
88 Black Falcon Avenue, 345
Boston, Massachusetts 02210
elawson@lawson-weitzen.com
alafrance@lawson-weitzen.com
Attorneys for Defendant

**PROOF OF SERVICE**

I hereby certify that on October 12, 2011, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Derek H. DePetrillo, Esq.